**Order entered May 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00488-CV

**ESPERANZA PARRENO MEJIA, Appellant**

**V.**

**MICHAEL RYAN SAWYER, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01807**

## ORDER

Appellant requested preparation of the reporter's record. However, by letter filed May 16, 2019, David Langford, Official Court Reporter for the 44th Judicial District Court, informed the Court that no hearings were recorded in this case. Accordingly, we **ORDER** appellant to file her brief on the merits **within thirty days** of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE